IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  GERALD E. KANE              :    CHAPTER 13
                                    :
              DEBTOR                 :    CASE NO. 21-13401 ELF

### ORDER

AND NOW, this 19th day of January, 2022, upon consideration of the Motion of Debtor to Extend Time for the Filing of Remaining unfiled documents, it is hereby **ORDERED** that the Motion is **GRANTED** and the remaining required documents in the above captioned case shall be filed by **January 31, 2022** or the case may be dismissed without further notice.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**