UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shanyel M. Little | : CHAPTER 13 |
|     Marcus A. Little | : |
|         Debtors | : |
| | : NO. 22-10824 MDC |

O R D E R

AND NOW, this 26th day of April 2022, upon consideration of Debtor's Motion for Continuation of Automatic Stay in Case Filed After Prior Dismissal Within Year of Filing, it is hereby ORDERED and DECREED that said Motion is GRANTED. after notice and hearing:

It is hereby ORDERED, that this Court continue the automatic stay under Section 362(a) as to all creditors for the duration of this Chapter 13 proceeding or until such time as the stay is terminated under Section 362(c)(1) or (c)(2), or a motion for relief is granted under Section 362(d).

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE