**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 22-10824** |
| **Shanyel M. Little** : | **Chapter 13** |
| **Marcus A. Little** : | **Judge Magdeline D. Coleman** |
| : | *******************|
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Ajax Mortgage Loan Trust 2019-E, Mortgage-Backed Securities, Series 2019-E, by U.S. Bank National Association, as Indenture Trustee, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

                                                          Respectfully submitted,

                                                         /s/ Adam B. Hall
                                                         Adam B. Hall, Esquire (323867)
                                                         Alyk L. Oflazian (312912)
                                                         Manley Deas Kochalski LLC
                                                         P.O. Box 165028
                                                         Columbus, OH  43216-5028
                                                         Telephone: 614-220-5611
                                                         Fax: 614-627-8181
                                                         Attorneys for Creditor
                                                         The case attorney for this file is Adam B. Hall.
                                                         Contact email is abh@manleydeas.com

22-009880_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 22-10824** |
| **Shanyel M. Little** | : **Chapter 13** |
| **Marcus A. Little** | : **Judge Magdeline D. Coleman** |
| | : * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | : |
| | : |
| | : **Related Document #** |
| | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, ecfemails@ph13trustee.com

Michael A. Latzes, Attorney for Shanyel M. Little and Marcus A. Little, efiling@mlatzes-law.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Shanyel M. Little, 4949 Mulberry Street, Philadelphia, PA  19124

Marcus A. Little, 604 Wellfleet Drive, Middletown, DE  19709

/s/ Adam B. Hall

22-009880_PS