# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Marcus A. Little<br>Shanyel M. Little<br>　　　　　　Debtor(s) | CHAPTER 13 |
| MidFirst Bank, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Marcus A. Little<br>Shanyel M. Little<br>　　　　　　Debtor(s) | NO. 22-10824 MDC |
| Kenneth E. West<br>　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion to Approve Loan Modification of MidFirst Bank, which was filed with the Court on or about **May 10, 2022**.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322

Dated: 5/11/2022